FORM 26. Docketing Statement                                                    Form 26 (p. 1)
                                                                                July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2023-2393

**Short Case Caption:** Biomedical Device v. Vivtro Labs, Inc.

**Filing Party/Entity:** Biomedical Device Consultants & Laboratories of Colorado, LLC

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| U.S.D.C., C.D. California | 2:23-cv-04291-HDV | Patent |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal of the Court's order denying a preliminary injunction, a holding that BDC has shown a likelihood of success for both infringement and validity, and a finding that BDC met the other factors warranting the imposition of a preliminary injunction.

**Relief awarded below (if damages, specify):** ☑ None/Not Applicable

**Briefly describe the judgment/order appealed from:**

August 29, 2023 Order denying Plaintiff's Motion for Preliminary Injunction, Dkt. 59

**Nature of judgment (select one):**          **Date of judgment:** 8/29/23

☐ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☑ Other (explain)                          ORDER Denying Plt's Mtn for Preliminary Injunction

FORM 26. Docketing Statement                                      Form 26 (p. 2)
                                                                  July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal:  ☐ None/Not Applicable

Whether the District Court for the Central District of California erred in denying a motion for a preliminary injunction.

Have there been discussions with other parties relating to settlement of this case?
☑ Yes  ☐ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☐ During the pendency of the case below
☑ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?  ☐ Yes  ☑ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☑ Yes  ☐ No
Explain.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 9/22/23            Signature: /s/ Gregory S. Tamkin
                         Name:      Gregory S. Tamkin

Save for Filing

# CERTIFICATE OF SERVICE

The undersigned counsel of record for Plaintiff/Counterclaim Defendant/Appellant Biomedical Device Consultants & Laboratories of Colorado, LLC, hereby certifies that the foregoing document was filed with the Court via CM/ECF and thereby served on all parties on September 22, 2023. A courtesy copy has also been sent via electronic mail to the counsel of record for Defendant/Counterclaim Plaintiff/Appellee ViVitro, Jeffrey H. Grant, and to the email addresses of counsel who entered appearances in the district court from which this appeal comes, as set forth below:

>Jeffrey H. Grant
>jgrant@foxrothschild.com
>FOX ROTHSCHILD LLP
>10250 Constellation Blvd., Suite 900
>Los Angeles, CA 90067

>Warren J. Thomas
>wthomas@mcciplaw.com
>John W. Harbin
>jharbin@mcciplaw.com
>MEUNIER CARLIN & CURFMAN LLC
>999 Peachtree Street NE, Suite 1300
>Atlanta, GA 30309

>*/s/ Gregory S. Tamkin*
>Gregory S. Tamkin
>Dorsey & Whitney LLP