FORM 8A. Entry of Appearance                                       Form 8A (p.1)
                                                                    July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2023-2393

**Short Case Caption:** Biomedical Device Consultants & Laboratories v. Vivitro Labs Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

ViVitro Labs Inc.

| | | |
|---|---|---|
| **Principal Counsel:** Warren J. Thomas | | Admission Date: 01/11/2016 |
| Firm/Agency/Org.: MEUNIER CARLIN & CURFMAN LLC | | |
| Address: 999 Peachtree Street NE, Suite 1300, Atlanta, GA 30309 | | |
| Phone: 404-645-7700 | | Email: WThomas@mcciplaw.com |
| **Other Counsel:** John W. Harbin | | Admission Date: 10/08/2008 |
| Firm/Agency/Org.: MEUNIER CARLIN & CURFMAN LLC | | |
| Address: 999 Peachtree Street NE, Suite 1300, Atlanta, GA 30309 | | |
| Phone: 404-645-7700 | | Email: JHarbin@mcciplaw.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 9/27/23          Signature: /s/ Warren J. Thomas

                       Name:      Warren J. Thomas