NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BIOMEDICAL DEVICE CONSULTANTS & LABORATORIES OF COLORADO, LLC,**
*Plaintiff-Appellant*

v.

**VIVITRO LABS, INC.,**
*Defendant-Appellee*

---

2023-2393

---

Appeal from the United States District Court for the Central District of California in No. 2:23-cv-04291-HDV-E, Judge Hernan D. Vera.

---

**ON MOTION**

---

Before STARK, *Circuit Judge.*

**O R D E R**

Upon consideration of Biomedical Device Consultants & Laboratories of Colorado, LLC's opposed motion to expedite oral argument in this appeal from denial of a preliminary injunction,

| 2 | BIOMEDICAL DEVICE CONSULTANTS & LABORATORIES v. VIVITRO LABS, INC. |

IT IS ORDERED THAT:

The motion is granted only to the extent that the response brief is due no later than November 20, 2023, the reply brief and joint appendix are due no later than December 4, 2023, and the case shall be calendared for oral argument in February 2024. No extensions will be granted.

FOR THE COURT

October 12, 2023
Date

Jarrett B. Perlow
Clerk of Court