NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BIOMEDICAL DEVICE CONSULTANTS & LABORATORIES OF COLORADO, LLC,**
*Plaintiff-Appellant*

v.

**VIVITRO LABS, INC.,**
*Defendant-Appellee*

---

2023-2393

---

Appeal from the United States District Court for the Central District of California in No. 2:23-cv-04291-HDV-E, Judge Hernan D. Vera.

---

**SUA SPONTE**

---

### O R D E R

Biomedical Device Consultants & Laboratories of Colorado, LLC filed an entry of appearance for Case Collard to appear in the above-captioned appeal. The court found the entry of appearance to be non-compliant. Pursuant to the court's notice of non-compliance, failure to timely file a corrected version may result in the document being stricken.

2　　BIOMEDICAL DEVICE CONSULTANTS & LABORATORIES v. VIVITRO LABS, INC.

As Biomedical Device Consultants & Laboratories of Colorado, LLC has failed to timely respond to the court's notice,

IT IS ORDERED THAT:

The entry of appearance is stricken.

FOR THE COURT

February 15, 2024
Date

Jarrett B. Perlow
Clerk of Court