FORM 9A. Notice of Related Case Information                    Form 9A (p. 1)
                                                                March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-2393
**Short Case Caption** Biomedical Device Consultants & Laboratories v. Vivitro L
**Filing Party/Entity** Vivitro Labs Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Petition for Inter Partes Review of U.S. Patent No. 9,237,935
AIA Case No. IPR2024-00320
U.S. Patent Trial and Appeal Board

☐   Additional pages attached

FORM 9A. Notice of Related Case Information   Form 9A (p. 2)
March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> ViVitro Labs Inc.; Petitioner
>
> BioMedical Device Consultants & Laboratories of Colorado, LLC; Patent Owner

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Meunier Carlin & Curfman LLC - Warren J. Thomas, Lee G. Hamilton, and John W. Harbin

☐   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 02/16/2024    Signature: /s/ Warren J. Thomas

Name: Warren J. Thomas