# United States Court of Appeals for the Federal Circuit

---

**BIOMEDICAL DEVICE CONSULTANTS & LABORATORIES OF COLORADO, LLC,**
*Plaintiff-Appellant*

v.

**VIVITRO LABS, INC.,**
*Defendant-Appellee*

---

2023-2393

---

Appeal from the United States District Court for the Central District of California in No. 2:23-cv-04291-HDV-E, Judge Hernan D. Vera.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

March 28, 2024
Date

Jarrett B. Perlow
Clerk of Court