# United States Court of Appeals for the Federal Circuit

---

**BIOMEDICAL DEVICE CONSULTANTS & LABORATORIES OF COLORADO, LLC,**
*Plaintiff-Appellant*

v.

**VIVITRO LABS, INC.,**
*Defendant-Appellee*

---

2023-2393

---

Appeal from the United States District Court for the Central District of California in No. 2:23-cv-04291-HDV-E, Judge Hernan D. Vera.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered March 28, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

May 6, 2024
Date

Jarrett B. Perlow
Clerk of Court